IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CAREY ROSS,                                          *

                          Plaintiff,                 *

v.                                                          Case No.   5:21-cv-00174-TES-CHW
                                                     *
 Warden FORD, et al.,
                                                     *
                          Defendants.
_____                     *

## J U D G M E N T

Pursuant to this Court's Order dated July 30, 2021, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of July, 2021.

                          David W. Bunt, Clerk


                          s/ Vanessa Siaca, Deputy Clerk